UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN CONSOLIDATED INDUSTRIES, INC., *et al.*, | ) ) ) | Case No. 1:19-cv-137 |
| Plaintiffs, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) | Magistrate Judge Thomas M. Parker |
| CHAD BLASINGIM, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| MONARCH STEEL COMPANY, INC., | ) ) | Case No. 5:17-cv-2253 |
| Plaintiff, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) | Magistrate Judge Thomas M. Parker |
| JAMES EDWARD MCCRACKEN, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For good cause shown, the Court **GRANTS** the motion of counsel from Gallagher Sharp to withdraw as counsel in each of these cases for Liberty Steel and Jon Campbell. Further, the Court **GRANTS** the motion for an extension in the *Blasingim* litigation for new counsel to respond to the notice pursuant to Rule 53(b)(1). When counsel appears, the Court will set a deadline for any response to that notice.

**SO ORDERED.**

Dated: December 22, 2022

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio