UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN CONSOLIDATED INDUSTRIES, INC., *et al.*, | ) ) ) | Case No. 1:19-cv-137 |
| Plaintiffs, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) | Magistrate Judge Thomas M. Parker |
| CHAD BLASINGIM, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| MONARCH STEEL COMPANY, INC., | ) ) ) | Case No. 5:17-cv-2253 |
| Plaintiff, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) | |
| JAMES MCCRACKEN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

On March 22, 2024, the Special Master recommended reallocating his fees and costs going forward. No party objected. Therefore, without objection and based on its independent review of the Special Master's Report and Recommendation, the Court **ADOPTS** that recommendation and **DIRECTS** the Special Master to appropriately allocate his fees and costs accordingly.

On April 16, 2024, the Court granted the Special Master's request to file a Report and Recommendation regarding certain sanctions under seal provisionally. In doing so, the Court ruled that it would unseal that Report and Recommendation

1

after 21 days. In the more than 21 days since then, no party has requested an extension of this deadline or otherwise sought to maintain the seal in whole or in part. Therefore, the Court **ORDERS** the Clerk to unseal the Special Master's Report and Recommendation dated April 16, 2024 (*Blasingim* ECF No. 262; *McCracken* ECF No. 130).

    **SO ORDERED.**

Dated: May 9, 2024

                        J. Philip Calabrese
                        United States District Judge
                        Northern District of Ohio